UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOSHUA DANZIG | CIVIL ACTION |
| VERSUS | NO: 10-1726 |
| BP PLC ET AL | SECTION: J(1) |

### ORDER

Considering Defendants BP America, Inc., BP Company North America Inc., BP Corporation North America, Inc., and BP Products North America, Inc.'s **Motion to Stay Pending Transfer by the Judicial Panel on Multidistrict Litigation (Rec. Doc. 18)**, **IT IS ORDERED** that the motion is **DENIED**.

New Orleans, Louisiana, this 24th day of June, 2010.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE